CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHELLE LO (NYRN 4325163)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7180
Fax: (415) 436-6748
Michelle.Lo@usdoj.gov

Attorneys for the United States of America

**FILED**

Sep 18 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

SEALED BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* INTREPID5 LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITEDHEALTH GROUP, INC., a Delaware corporation; UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; UNITEDHEALTHCARE, INC., a Delaware corporation; UNITEDHEALTH CARE INSURANCE COMPANY, a Connecticut corporation; UHIC HOLDINGS, INC., a Delaware corporation; OPTUM, INC. & OPTUMINSIGHT, INC., Delaware corporations; and SEMLER SCIENTIFIC, INC., a Delaware corporation,<br><br>　　　　Defendants. | CASE NO. 21-CV-5444-DMR<br><br>**UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION; ORDER**<br><br>**FILED UNDER SEAL** |

　　　Pursuant to the False Claims Act (FCA), 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action as set forth herein.

　　　1.　　　The Relator filed this case on or about July 15, 2021, under the *qui tam* provisions of the FCA. Among other things, the *qui tam* provisions authorize private parties (known as


relators) to file lawsuits alleging FCA violations on behalf of the United States. 31 U.S.C. § 3730(b).

2. On September 15, 2025, Relator filed a Notice of Voluntary Dismissal of Defendant Semler Scientific, Inc., without prejudice as to the United States.

3. The United States now declines to intervene as to all other defendants in the above-captioned action.

4. Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

5. Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

6. Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States'

1 investigation, such papers are provided by law to the Court alone for the sole purpose of
2 evaluating whether the seal and time for making an election to intervene should be extended.
3     7.    A proposed order accompanies this notice.

4 Dated: September 15, 2025                Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

By: */s/ Michelle Lo*
MICHELLE LO
Assistant United States Attorney

*Counsel for the United States of America*

NOTICE OF ELECTION TO DECLINE INTERVENTION; ORDER
Case No. 21-cv-5444 DMR

3

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. Counsel for the United States shall file a notice of appearance in this action for the purpose of receiving ECF notifications of all pleadings and motions filed in this action, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: September 18, 2025



_____
HON. DONNA M. RYU
Chief Magistrate Judge

NOTICE OF ELECTION TO DECLINE INTERVENTION; ORDER
Case No. 21-cv-5444 DMR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITEDHEALTH GROUP, INC., et al., <br><br> Defendants. | Case No.: 4:21-cv-05444-DMR <br> *SEALED* <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 9/18/2025, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Niall Padraic McCarthy
Sarvenaz Josephine Fahimi
Cotchett, Pitre & McCarthy, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010

Justin Theodore Berger
Justin T. Berger Law
19 16th Ave
San Mateo, CA 94402

Michelle Lo
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102-3495

Dated: 9/18/2025

Mark B. Busby
Clerk, United States District Court

By: _____
Ivy Lerma Garcia, Deputy Clerk to
the Honorable Donna M. Ryu

*Service_Certificate _CRD*
*rev. August 2018*