| | |
|---|---|
| 1 | NIALL P. McCARTHY (SBN 160175) |
| | nmccarthy@cpmlegal.com |
| 2 | SARVENAZ "NAZY" J. FAHIMI (SBN 226148) |
| | sfahimi@cpmlegal.com |
| 3 | REGINA WANG (SBN 326262) |
| | rwang@cpmlegal.com |
| 4 | **COTCHETT, PITRE & McCARTHY, LLP** |
| | San Francisco Airport Office Center |
| 5 | 840 Malcolm Road |
| | Burlingame, CA 94010 |
| 6 | Telephone: (650) 697-6000 |
| | Facsimile: (650) 697-0577 |
| 7 | |
| 8 | CARLOS URZUA (SBN 303176) |
| | curzua@cpmlegal.com |
| 9 | **COTCHETT, PITRE & McCARTHY, LLP** |
| | 2716 Ocean Park Blvd, Suite 3088 |
| 10 | Santa Monica, CA 90405 |
| | Telephone: (310) 392-2008 |
| 11 | Facsimile: (310) 392-0111 |
| 12 | *Attorneys for Relator* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* INTREPID5 LLC, | CASE NO. 21-cv-05444-DMR |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| UNITEDHEALTH GROUP, INC., a Delaware corporation; UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; UNITEDHEALTHCARE, INC., a Delaware corporation; UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut corporation; UHIC HOLDINGS, INC., a Delaware corporation; OPTUM, INC. & OPTUMINSIGHT, INC., Delaware corporations; and SEMLER SCIENTIFIC, INC., a Delaware corporation, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

1. On July 15, 2021, Relator filed a complaint in the above-captioned matter against Defendants. On September 18, 2025, Defendant Semler Scientific, Inc. was dismissed from the action. *See* ECF No. 30.

2. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, *qui tam* Relator Intrepid5 LLC, through its undersigned counsel, now hereby notices its voluntary dismissal, without prejudice, of the action and its remaining claims against remaining Defendants: UNITEDHEALTH GROUP, INC., a Delaware corporation; UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; UNITEDHEALTHCARE, INC., a Delaware corporation; UNITEDHEALTHCARE INSURANCE COMPANY, a Connecticut corporation; UHIC HOLDINGS, INC., a Delaware corporation; and OPTUM, INC. & OPTUMINSIGHT, INC., Delaware corporations.

3. The United States has informed Relator that it consents to the dismissal of this action without prejudice to the rights of the United States.

4. A notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) is appropriate because the Defendants have not served an answer or motion for summary judgment in this case.

Respectfully Submitted,

Dated: February 6, 2026              **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Sarvenaz J. Fahimi*
    NIALL P. McCARTHY
    SARVENAZ "NAZY" J. FAHIMI
    CARLOS URZUA
    REGINA WANG

*Attorneys for Relator*